IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:

| | | |
|---|---|---|
| William Tommy Price | * | |
| | * | CASE NO. 22-31666 |
| Janet McGough Price | * | |
| | * | |
| | * | CHAPTER 13 |

CUMULATIVE STATEMENT OF AMENDMENTS

**COMES NOW** the debtors, by and through their attorney of record in the above-captioned case, and pursuant to Bankruptcy Rule 3015, and Local Rule 3015-1© amends their Chapter 13 Plan:

1. Under section 3, the first box for filing fee paid in full directly to the clerk of court with the petition is checked.

Respectfully submitted this 9th day of September, 2022.

BOND, BOTES, SHINN & DONALDSON, P.C.

/s/ Mary Conner Pool
Attorney for Debtors
P.O. Box 4479
Montgomery, Alabama 36103
Phone (334) 264-3363
Fax (334) 513-7219
mpool@bondnbotes.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing statement as well as the attached amended plan on the parties listed below by mailing a copy of the same to them on this 9th day of September, 2022.

**By CM/ECF:**
Hon. Sabrina L. McKinney, Chapter 13 Trustee, (via electronic filing)

**By Certified Mail:**

**By First Class Mail, Postage Prepaid:**
See attached Mailing Matrix

/s/ Mary Conner Pool
Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1127-2<br>Case 22-31666<br>Middle District of Alabama<br>Montgomery<br>Fri Sep  9 09:32:50 CDT 2022 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>One Church Street<br>Montgomery, AL 36104-4018 |
| AIS PORTFOLIO SERVICES, LP<br>4515 N. SANTA FE AVE<br>OKLAHOMA CITY, OK 73118-7901 | ALLY BANK<br>JEFFREY BROWN, CEO<br>200 WEST CIVIC CENTRE DRIVE<br>SANDY, UT 84070-4207 | ALLY FINANCIAL<br>P.O. BOX 130424<br>ROSEVILLE, MN 55113-0004 |
| BB&T NOW TRUIST<br>PO BOX 1847<br>WILSON, NC 27894-1847 | Bankruptcy Administrator<br>U. S. Bankruptcy Administrator<br>One Church Street<br>Montgomery, AL 36104-4018 | CHAMBLESS MATH & CARR<br>P.O. BOX 230759<br>MONTGOMERY, AL 36123-0759 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITIBANK<br>CITICORP CREDIT SVC/CENTRALIZED BK DEPT<br>PO BOX 790034<br>ST. LOUIS, MO 63179-0034 | CITIBANK/HOME DEPOT<br>CITICORP CREDIT SVC/CENTRALIZED BK DEPT<br>PO BOX 790034<br>ST. LOUIS, MO 63179-0034 |
| COSTCO ANYWHERE VISA CARD<br>ATTN: BANKRUPTCY<br>PO BOX 6500<br>SIOUX FALLS, SD 57117-6500 | CREDIT FIRST N A<br>PO BOX 81315<br>CLEVELAND, OH 44181-0315 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181-8011 |
| EXPERIAN<br>PO BOX 9701<br>Allen, TX 75013-9701 | FREEDOM ROAD FINANCIAL<br>ATTN: BANKRUPTCY<br>P.O. BOX  4597<br>OAK BROOK, IL 60522-4597 | (p)HOMETOWNE CAPITAL MANAGEMENT<br>P O BOX 10275<br>JACKSON TN 38308-0104 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | KUBOTA CREDIT CORP.<br>P.O. BOX 9013<br>ADDISON, TX 75001-9013 | (p)MAX CREDIT UNION<br>ATTN ACCOUNT RESOLUTION SERVICES<br>PO BOX 244040<br>MONTGOMERY AL 36124-4040 |
| SHEFFIELD FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 580229<br>CHARLOTTE, NC 28258-0229 | SYNCHRONY BANK<br>BRIAN DOUBLES- PRESIDENT & CEO<br>777 LONG RIDGE ROAD<br>STAMFORD, CT 06902-1259 | SYNCHRONY BANK / POLARIS CONSUMER<br>P.O. BOX 965028<br>ORLANDO, FL 32896-5028 |
| SYNCHRONY BANK/SAM'S CLUB<br>4125 WINDWARD PLZ<br>Alpharetta, GA 30005-8738 | Sheffield Financial, a division of Truist Ba<br>PO Box 1847<br>Wilson, NC 27894-1847 | Janet McGough Price<br>1363 Bancroft Ave<br>Montgomery, AL 36116-2885 |
| Mary Conner Pool<br>Bond, Botes, Shinn & Donaldson, P.C.<br>Post Office Box 4479<br>Montgomery, AL 36103-4479 | Sabrina L. McKinney<br>P.O. Box 173<br>Montgomery, AL 36101-0173 | William Tommy Price<br>1363 Bancroft Ave<br>Montgomery, AL 36116-2885 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CHASE BANK<br>C/O JAMES DIMON- CEO<br>270 PARK AVE<br>NEW YORK, NY 10017 | (d)CHASE CARD SERVICES<br>ATTN: BANKRUPTCY<br>PO BOX 15298<br>WILMINGTON, DE 19850 | HOMETOWNE CAPITAL<br>P.O. BOX 10275<br>JACKSON, TN 38308 |
| HONDA FINANCIAL SERVICES<br>P.O. BOX 1027<br>ALPHARETTA, GA 30009 | MAX CREDIT UNION<br>ATTN: MARTIN E. HEAD, PRESIDENT/CEO<br>400 EASTDALE CIRCLE<br>MONTGOMERY, AL 36117-2114 | (d)MAX CREDIT UNION<br>P.O. BOX 244040<br>MONTGOMERY, AL 36124-4040 |

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29