**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re  
WILLIAM TOMMY PRICE  
JANET MCGOUGH PRICE  
    Debtor(s)

Case No: 22-31666-CLH  
Chapter 13

## TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

The debtor's Chapter 13 case was filed on September 02, 2022. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Thursday, December 15, 2022, and on that date the Court ordered the plan confirmed.

Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

   Amount of debtor(s) plan payments:
   **DEBTOR PAY SCHEDULE**

   | DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
   |---|---|---|---|---|
   | JANET MCGOUGH PRICE | STATE OF ALABAMA | 615.00 | SEMI-MONTHLY | 10/02/2022 |
   | JANET MCGOUGH PRICE | STATE OF ALABAMA | 639.00 | SEMI-MONTHLY | 11/16/2022 |

   Period of payments: 60 months or until a 'POT' of $1,900.00 is paid to unsecured creditors.

   Payable to:    **Chapter 13 Trustee**  
                   **P. O. Box 613108**  
                   **MEMPHIS TN  38101-3108**

2. Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $3,750.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $4.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $33.23 |
| Clerk of Court | Filing Fee | $0.00 |

### SECURED, PRIORITY AND SPECIAL CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| MAX CREDIT UNION | Y | $55,200.00 | 6.00 % | $1,136.00 |
| MAX CREDIT UNION | N | $2,464.47 | 6.00 % | $54.00 |

In re  Case No: 22-31666-CLH
WILLIAM TOMMY PRICE  Chapter 13
JANET MCGOUGH PRICE
      Debtor(s)

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Monday, December 19, 2022.  */s/ Sabrina L. McKinney*
    Sabrina L. McKinney
    Chapter 13 Standing Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Monday, December 19, 2022.

    */s/ Sabrina L. McKinney*
    Sabrina L. McKinney
    Chapter 13 Standing Trustee