In re:                                          Case Number: 22-31666

WILLIAM TOMMY PRICE                Chapter: 13
JANET MCGOUGH PRICE

    Debtors.

**PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

## Motion To Modify Confirmed Chapter 13 Plan

    **COMES NOW** the debtors, by and through their attorney of record, and hereby moves this Honorable Court to modify their Chapter 13 plan. The debtor states the reasons for same:

1. Under section 2, the plan payments are increased.
2. Under section 5.1 and 5.2, the SMPs to Max are lowered.
3. Under section 7, PNC Bank has been removed and added to section 9 as pay direct beginning June 2023.
4. Under section 8, the arrears owed on each PNC Bank contract through May 2023 is added.

    **WHEREFORE, THESE PREMISES CONSIDERED**, the debtor hereby moves this Honorable Court to modify her Chapter 13 plan for the above stated reasons.

    Respectfully submitted this 23rd day of May 2023.

                                                       By:     /s/ Mary Conner Pool
                                                                       Attorney for Debtor
                                                                       Bond, Botes, Shinn & Donaldson, P.C.
                                                                       P.O. Box 4479
                                                                       Montgomery, Alabama 36103
                                                                       Phone (334) 264-3363
                                                                       Facsimile (334) 230-5406
                                                                       mpool@bondnbotes.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of the foregoing motion as well as the attached amended plan on the parties listed below by mailing a copy of the same to them on this 23rd of May 2023.

**By CM/ECF:**
Hon. Sabrina L. McKinney, Chapter 13 Trustee, (via electronic filing)
**By First Class Mail, Postage Prepaid:**
Max Credit Union, P.O. Box 244040, Montgomery, AL 36124-4040
Chambless Math & Carr, P.O. Box 230759, Montgomery, AL 36123-0759
PNC Bank, National Association, successor to Equipment Finance, LLC, c/o Andrew P. Cicero, III, 420 North 20th Street, Suite 3400, Birmingham, AL 35203-5210

      /s/Mary Conner Pool
      Attorney for Debtor